NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEPHEN THALER,**
*Plaintiff-Appellant*

**v.**

**ANDREW HIRSHFELD, Performing the Functions and Duties of the Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Defendants-Appellees*

---

2021-2347

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:20-cv-00903-LMB-TCB, Judge Leonie M. Brinkema.

---

**ON MOTION**

---

**O R D E R**

Stephen Thaler files an out-of-time motion for an extension of time to file his opening brief, ECF No. 17.

The court notes that the submitted opening brief, ECF No. 17-2, contains the following deficiencies: the certifi-

cate of interest does not match the previously-filed certificate of interest, *see* Fed. Cir. 47.4(c); the standard of review is not included within the argument section, *see* Fed. Cir. 28(a)(9); the brief is not double spaced, *see* Fed. R. App. P. 32(a)(4); and it does not include the required addendum, *see* Fed. Cir. R. 28(a)(12).

Upon consideration thereof,

IT IS ORDERED THAT:

ECF No. 17 is granted to the extent that a corrected opening brief, addressing the deficiencies noted above, is due no later than seven days from the date of filing of this order.

FOR THE COURT

December 01, 2021
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s25