NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEPHEN THALER,**
*Plaintiff-Appellant*

**v.**

**ANDREW HIRSHFELD, Performing the Functions and Duties of the Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Defendants-Appellees*

---

2021-2347

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:20-cv-00903-LMB-TCB, Judge Leonie M. Brinkema.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Mitchell Apper moves for leave to file a brief *amicus curiae* in support of the appellees, ECF No. 9; to exceed the brief word limit, ECF No. 10; and for leave to file

electronically, ECF No. 11. Mr. Apper states that the appellant does not consent.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are denied without prejudice to Mr. Apper filing, no later than January 11, 2022, a new motion for leave to file an *amicus* brief that complies with the length requirements of Federal Rule of Appellate Procedure 29(a)(5) and is no more than one-half the maximum length authorized by Federal Circuit Rule 32(b) for a party's principal brief.

FOR THE COURT

December 22, 2021 /s/ Peter R. Marksteiner
Date Peter R. Marksteiner
Clerk of Court

s25