**2021-2347**

---

**UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**

---

**STEPHEN THALER,**
*Plaintiff-Appellant*,

**v.**

**ANDREW HIRSHFELD, Performing the Functions and Duties of the Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Defendants-Appellees,*

---

Appeal from United States District Court for the Eastern District of Virginia in Case No. 1:20cv903, Judge Leonie M. Brinkema

---

**DEFENDANTS-APPELLEES' NOTICE OF FILING COMBINED CORRECTED BRIEF AND SUPPLEMENTAL APPENDIX**

Pursuant to Federal Circuit Rules 30(d) and (e)(2), defendants-appellees (hereinafter "USPTO"), through their undersigned counsel, hereby provide this notice it will be filing a combined corrected brief and supplemental appendix in the in the above-captioned appeal. The USPTO provides the following additional information concerning this notice:

1. Plaintiff-Appellee Stephen Thaler first submitted his opening brief in this appeal on November 25, 2021, as an attachment to a motion for an enlargement of time (Dkt. No. 17-1). In an order dated December 1, 2021, this Court granted Thaler's enlargement motion, providing that Thaler was to file his opening brief – correcting certain identified deficiencies – within seven days (Dkt. No. 18). Thaler filed a corrected opening brief on December 8, 2021 (Dkt. No. 23). After this Court identified further deficiencies in that corrected opening brief (Dkt. No. 25), Thaler filed a second corrected opening brief on December 9, 2021 (Dkt. No. 26).

2. Pursuant to the Local Rules of this Court, "[t]he appellant must serve and file the appendix within seven (7) days after the last reply brief is served and filed." FED. CIR. R. 30(a)(2). Rather than await the completion of all briefing in this appeal, however, Thaler filed a "Joint Appendix" on December 3, 2021, in advance of his second corrected brief (Dkt. No. 20). As a result, the USPTO was

not able to add any portions of the record to the "Joint Appendix" that it subsequently determined – during its own briefing process – were necessary for a proper consideration of the issues in this appeal.

3. During the drafting of its response brief, the USPTO realized that a single excerpt from the transcript of oral argument before the District Court on the parties' motions for summary judgment was important for consideration of the issues in this appeal, but was not in Thaler's previously-filed joint appendix. In its response brief, filed on February 3, 2022, the USPTO attempted to remedy this deficiency by including a single direct citation to the District Court record, which contains the oral argument transcript at issue (Dkt. No. 34, at 6 n.1). In a notice issued on February 4, 2022, this Court identified certain deficiencies in the USPTO's brief (Dkt. No. 35), which – the USPTO believes – includes its single direct citation to the District Court record.

3. To cure this error, the USPTO has separately paginated the two relevant pages of the District Court transcript, cited those pages with the prefix "SAppx," and collated those pages into a "Supplemental Appendix." Insofar as this Supplemental Appendix is less than 100 pages, the USPTO has bound it together with its Corrected Brief. FED. CIR. R. 30(d)(2).

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

By: /s/ *Dennis C. Barghaan, Jr.*
DENNIS C. BARGHAAN, JR.
Deputy Chief, Civil Division
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3891
Fax: (703) 299-3983
Email: dennis.barghaan@usdoj.gov

DATE: February 10, 2022

ATTORNEYS FOR DEFENDANTS-APPELLEES

OF COUNSEL: Meredith Schoenfeld
Peter Sawert
Associate Solicitors
United States Patent & Trademark Office